UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDELL JENKINS, | |
| Plaintiff, | Case No. C14-1827-JCC-JPD |
| v. | |
| FEDERAL DETENTION CENTER SEA-TAC, | REPORT AND RECOMMENDATION |
| Defendant. | |

On November 24, 2014, plaintiff Ardell Jenkins submitted to this Court for filing a proposed civil rights complaint. (*See* Dkt. 1.) However, plaintiff failed to submit with his complaint either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis*. Accordingly, the Clerk sent plaintiff a letter advising him that he would have to submit either the entire filing fee, or an application for *in forma pauperis* status, on or before January 2, 2015, and that his failure to do so could result in dismissal of this case. (Dkt. 2.) The Clerk also sent plaintiff the appropriate *in forma pauperis* application form. (*See id*.) To date, plaintiff has submitted neither the filing fee nor an application for leave to proceed *in forma pauperis*.

REPORT AND RECOMMENDATION - 1

As plaintiff has had ample time to comply with the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **April 13, 2015**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 17, 2015.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 23rd day of March, 2015.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2