THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDELL JENKINS, | CASE NO. C14-1827-JCC-JPD |
| Plaintiff, | ORDER |
| v. | |
| FEDERAL DETENTION CENTER SEA-TAC, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 3) and Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. No. 4.).

Judge Donohue recommended the above-captioned matter be dismissed for failure to prosecute on the basis that Plaintiff did not pay his filing fee or move for leave to proceed *in forma pauperis*. (Dkt. No. 3, p. 2.) Objections to the Report and Recommendation were due April 13, 2015. (*Id.*) On April 13, 2015, Plaintiff filed his motion for leave to proceed *in forma pauperis*. (Dkt. No. 4.)

In light of Plaintiff's filing of his motion to proceed *in forma pauperis*, the Court DECLINES to adopt the Report and Recommendation. This matter is referred back to Judge Donohue for further proceedings, including whether or not to grant Plaintiff leave to proceed *in forma pauperis*.

ORDER
PAGE - 1

1  DATED this 5th day of May 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2