THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARDELL JENKINS, | CASE NO. C14-1827-JCC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| FEDERAL DETENTION CENTER SEA-TAC, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 17), and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation (Dkt. No. 17); and

(2)   This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Civ. Rule 41(b)(2).

//

//

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

DATED this 3 day of November 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2